```
Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF
```

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRCUITO CERRADO, INC. | ) |
| Plaintiff, vs. | ) Case No.: 2:10-CV-04247-VBF-JCG |
| ISRAEL GUADALUPE BELTRAN, et al, | ) [PROPOSED] RENEWAL OF JUDGMENT |
| Defendant, | ) |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, Circuito Cerrado, Inc, and against Defendant, Israel Guadalupe Beltran individually and doing business as Montelimar, entered on December 16, 2010, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---:|
| a. | Total judgment | $ | 20,000.00 |
| b. | Costs after judgment | $ | 00.00 |
| c. | Subtotal *(add a and b)* | $ | **20,000.00** |
| d. | Credits | $ | 00.00 |
| e. | Subtotal *(subtract d from c)* | $ | **20,000.00** |
| f. | Interest after judgment(.29%) | $ | 575.23 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| h. | Total renewed judgment (add e, f and g) | $ | **20,575.23** |

Dated: 11/18/2020              CLERK, by _____
                               Deputy Clerk, B. Moss
                               Kiry A. Gray,
                               Clerk of U.S. District Court

Renewal of Judgment